

**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300

AMERICA • ASIA PACIFIC • EUROPE

JARDEN@SIDLEY.COM
+1 212 839-5889

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 17 2019   ★

BROOKLYN OFFICE

May 16, 2019

The Hon. Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Schedule*
*Approved.*
*So Ordered*          s/Carol B. Amon

5/16/19

Re:   *Melendez v. ONE Brands, LLC, No. 18-cv-06650-CBA-SJB* – Motion To Dismiss Briefing
      Schedule

Dear Judge Amon:

     We represent Defendant ONE Brands, LLC in the above-referenced matter. On May 10, 2019, Plaintiff filed an Amended Complaint.  Defendant intends to move to dismiss the complaint. As discussed during the pre-motion conference with the Court on May 8, 2019, the parties have agreed to a briefing schedule on this motion.  The parties respectfully propose the following briefing schedule for the Court:

- Defendant's Motion To Dismiss:  June 21, 2019

- Plaintiff's Opposition:  July 12, 2019

- Defendant's Reply:  August 2, 2019

- Oral Argument: As set by the Court

    Should the Court have any questions, please do not hesitate to contact us.

               Respectfully submitted,

               */s/ James D. Arden*

               James D. Arden
               Benjamin M. Mundel (*pro hac vice*)

cc: All counsel of record via ECF

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.