

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

June 21, 2019

**By Email**

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
spencer@spencersheehan.com

    Re:    *Melendez v. ONE Brands, LLC*, No. 18-cv-6650 (E.D.N.Y.)

Dear Mr. Sheehan:

    Enclosed please find copies of ONE Brands' notice of motion to dismiss and memorandum of law in support of the motion.

                        Sincerely,

                        /s/ *Benjamin M. Mundel*
                        Benjamin M. Mundel

                        Counsel for Defendant ONE Brands, LLC

Enclosed:  Notice of Motion to Dismiss;
Memorandum of Law in Support of Motion to Dismiss

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.