Sheehan & Associates, P.C.

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

July 12, 2019

**By Email**

Benjamin Mundel
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
bmundel@sidley.com

        Re: 1:18-cv-06650-CBA-SJB
          <u>Melendez v. ONE Brands, LLC</u>

Dear Mr. Mundel:

  This office represents the plaintiff in the above action. Enclosed please find a copy of plaintiff's memorandum of law in opposition to defendant's motion to dismiss the first amended complaint. Thank you.

              Respectfully submitted,

              /s/ Spencer Sheehan
              Spencer Sheehan

Enclosure