**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| | ) | **Case No. 18-cv-06650** |
| | ) | **Hon. Carol Bagley Amon** |
| **JOSE MELENDEZ, JANE DOE,** | ) | |
| *individually and on behalf of* | ) | |
| *all others similarly situated,* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ONE BRANDS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

---

**NOTICE OF DEFENDANT'S MOTION**
**TO DISMISS PLAINTIFF'S COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, dated June 21, 2019, Defendant ONE Brands, LLC, shall move this Court, before the Honorable Judge Carol Bagley Amon, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, with oral argument on a date and time to be designated by the Court, for an Order dismissing the Complaint, and all Counts therein, and granting such other and further relief as requested and as this Court deems just and proper in the above-captioned case, pursuant to Federal Rules of

Civil Procedure 8, 9(b) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order entered May 17, 2019, Plaintiff shall serve a response no later than July 12, 2019, and Defendant shall serve its reply no later than August 2, 2019.

Dated: New York, New York
June 21, 2019

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ Benjamin M. Mundel
Benjamin M. Mundel
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
T: (202) 736-8000
F: (202) 736-8711
bmundel@sidley.com

James D. Arden
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
T: (212) 839-5300
F: (212) 839-5599
jarden@sidley.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, I caused a copy of the foregoing Notice of Motion to Dismiss Plaintiff's Complaint to be served on the following counsel via email:

Spencer Sheehan
Sheehan & Associates, P.C.
891 Northern Blvd., #201
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800
spencer@spencersheehan.com

*Counsel for Plaintiff*

/s/ Benjamin M. Mundel
Benjamin M. Mundel